IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CURT            BURLINGAME,
HUSBAND,

      Appellant,

v.

ELIZABETH      BURLINGAME,
WIFE,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1492

_____/

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Andrew J. Decker, IV, The Decker Law Firm, P.A., Lake City, for Appellant.

Sara Jane Carter and Arlen M. Weintraub of Douglas & Carter, Lake City; Donna S. Macrae, Three Rivers Legal Services, Lake City, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.